USAO 2010R00814

FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2013 APR -3  P 12: 11

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. RDB 10-584 |
| v. | * | |
| | * | (Bank Fraud, 18 U.S.C. §1344; Social |
| NICOLE STEVENSON, | * | Security Number Fraud, 42 U.S.C. |
| a/k/a Nicole Taylor, | * | §408(a)(7); Aggravated Identity Theft, |
| a/k/a Nicole Brown, | * | 18 U.S.C. §1028A; Aiding and Abetting, |
| | * | 18 U.S.C. § 2) |
| Defendant. | * | |
| | * | |

*******

## SUPERSEDING INDICTMENT

### COUNT ONE
### (Bank Fraud)

The Grand Jury for the District of Maryland charges that:

### Introduction

At all times relevant to this Superseding Indictment:

1.      Defendant **NICOLE STEVENSON, a/k/a Nicole Taylor, a/k/a Nicole Brown,**

was a Maryland resident who was engaged in a scheme in which she opened bank accounts

(sometimes using checks drawn on accounts without sufficient funds), then wrote checks on the

new accounts knowing that there were no funds available to negotiate those checks.

2.      At certain times relevant to this Superseding Indictment, the following entities

were financial institutions as defined by Section 20 of Title 18, United States Code, and were

doing business in Maryland: Woodforest National Bank, Wachovia Bank (now Wells Fargo

Bank), Bank of America and CitiBank (collectively referred to herein as "victim financial

institutions").

## The Scheme to Defraud

3.      From on or about November 5, 2008 through in or around July 2011, in the

District of Maryland, the defendant,

**NICOLE STEVENSON**,
**a/k/a Nicole Taylor,**
**a/k/a Nicole Brown,**

did knowingly and willfully devise and intend to devise a scheme and artifice to defraud and

obtain money and property owned by, and under the custody and control of, the victim financial

institutions, businesses and individuals, by means of material false and fraudulent pretenses,

representations, and promises, specifically, by opening and manipulating the balances of bank

accounts to enable her to write checks when no funds were available to pay those checks.

4.      It was part of the scheme and artifice to defraud that, on or about November 5,

2008, **NICOLE STEVENSON, a/k/a Nicole Taylor, a/k/a Nicole Brown,** opened a personal

checking account at Wachovia Bank.  The account was closed due to overdraft status on March

16, 2009.

5.      It was further part of the scheme and artifice to defraud that, on or about June 29,

2009, **NICOLE STEVENSON, a/k/a Nicole Taylor, a/k/a Nicole Brown,** opened a personal

checking account at Woodforest National Bank at the Wal-Mart at 1 Frankel Way in

Cockeysville, Maryland, where she was employed.  The account was opened without any money

being deposited, based upon her employment at the Wal-Mart.

6.      It was further part of the scheme and artifice to defraud that, from in or around

July, 2009 through in or around September, 2009, **NICOLE STEVENSON, a/k/a Nicole**

2

**Taylor, a/k/a Nicole Brown,** wrote checks on her personal checking account at Woodforest National Bank, although she had never deposited any money into it.

7.   It was further part of the scheme and artifice to defraud that, on or about August 7, 2009, **NICOLE STEVENSON, a/k/a Nicole Taylor, a/k/a Nicole Brown,** opened a checking and a savings account at the Bank of America located at Liberty Road in Baltimore, Maryland, using checks drawn on her personal checking account at Woodforest National Bank, into which she had never deposited any money.

8.   It was further part of the scheme and artifice to defraud that, in or around August 10, 2009, **NICOLE STEVENSON, a/k/a Nicole Taylor, a/k/a Nicole Brown,** conducted an automated teller transaction purporting to deposit money into her Bank of America checking account, when in fact the deposit envelope was empty.

9.   It was further part of the scheme and artifice to defraud that, in or around August, 2009, **NICOLE STEVENSON, a/k/a Nicole Taylor, a/k/a Nicole Brown,** negotiated checks on her Bank of America account even though she knew that she had never made any legitimate deposits into that account.

10.   It was further part of the scheme and artifice to defraud that, on or about August 7, 2009, **NICOLE STEVENSON, a/k/a Nicole Taylor, a/k/a Nicole Brown,** reopened her checking account at Wachovia Bank and negotiated checks on that account, even though it contained no funds.  The account was again closed by Wachovia Bank on August 25, 2009, in overdraft status.

11.   It was further part of the scheme and artifice to defraud that, from on or about August 29, 2009 through on or about September 26, 2009, **NICOLE STEVENSON, a/k/a**

3

**Nicole Taylor, a/k/a Nicole Brown**, conducted a series of transactions at the Delias retail stores in Columbia Mall in Columbia Maryland and Towson Mall in Towson, Maryland, writing multiple checks on the Wachovia Bank and Woodforest National Bank accounts into which she had never made any legitimate deposits.

12.     It was further part of the scheme and artifice to defraud that, on or about November 25, 2009, after being rejected for a Macy's credit card, **NICOLE STEVENSON, a/k/a Nicole Taylor, a/k/a Nicole Brown**, purchased a gift card with a check drawn on her personal checking account at Woodforest National Bank, despite the fact that she had never made a single deposit into that account.

13.     It was further part of the scheme and artifice to defraud that, on or about March 22, 2011, **NICOLE STEVENSON, a/k/a Nicole Taylor, a/k/a Nicole Brown**, opened a Wachovia checking account in the name of "Nicole Taylor" using the social security number of "HH." After making an initial deposit of $350.00 when opening the account, **NICOLE STEVENSON, a/k/a Nicole Taylor, a/k/a Nicole Brown**, immediately withdrew $300.00. After receiving checks on the account (at a charge of $21.00), **NICOLE STEVENSON, a/k/a Nicole Taylor, a/k/a Nicole Brown**, then wrote over $2,000.00 in checks on the account. This account was closed by the bank on or about July 5, 2011, with an overdraft amount of $2,260.00.

14.     In the execution of the scheme and artifice to defraud, **NICOLE STEVENSON, a/k/a Nicole Taylor, a/k/a Nicole Brown**, obtained or attempted to obtain more than $10,000.00 worth of goods and services, victimizing more than 10 but less than 50 financial institutions, retail establishments, and individuals.

4

## The Charge

15.    From on or about November 5, 2008 through in or around July, 2012, in the

District of Maryland, the defendant,

### NICOLE STEVENSON,
**a/k/a Nicole Taylor,**
**a/k/a Nicole Brown,**

did knowingly and willfully devise and intend to devise a scheme and artifice to defraud and

obtain money and property from the victim financial institutions by means of material false and

fraudulent pretenses, representations, and promises, to wit: she opened bank accounts and

manipulated the balances of those bank accounts to enable her to write checks on the accounts

when, in fact, no funds were available to pay those checks.

18 U.S.C. §1344
18 U.S.C. § 2

## COUNT TWO
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges:

1.      Paragraphs 1 through 8 of Count Three of the Superseding Indictment are hereby incorporated by reference as though fully set forth herein.

2.      On or about March 22, 2011, in the District of Maryland, the defendant,

### NICOLE STEVENSON,
### a/k/a Nicole Taylor,
### a/k/a Nicole Brown,

did, during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendant used the social security account number of "HH" during and in relation to Bank Fraud under 18 U.S.C. §1344, as set forth in Count One of the Superseding Indictment, in order to open a checking account on which she wrote over $2,000 in fraudulent checks.

18 U.S.C. §§ 1028A(a)(1), (c)(5)
18 U.S.C. § 2

## COUNT THREE
### (Bank Fraud)

The Grand Jury for the District of Maryland further charges:

1.       Defendant **NICOLE STEVENSON, a/k/a Nicole Taylor, a/k/a Nicole Brown,** was engaged in a second bank fraud scheme in which she opened credit accounts using the personal identifiers of other people, then charged or attempted to charge goods and services on the account without repaying the credit advanced by the financial institution.

4.       Home Depot, Office Depot and Goodyear are all retail stores with locations throughout Maryland and the United States.  Home Depot, Office Depot and Goodyear all offer a store credit card, including instant credit, through in-store applications, telephone applications, on-line applications over the internet, and mail-in applications.  Home Depot, Office Depot and Goodyear credit cards were all issued by CitiBank, a financial institution as defined by Section 20 of Title 18, United States Code.

### The Scheme to Defraud

5.       In and around August 2011, in the District of Maryland, the defendant,

**NICOLE STEVENSON,**
**a/k/a Nicole Taylor,**
**a/k/a Nicole Brown,**

did knowingly and willfully devise and intend to devise a scheme and artifice to defraud and obtain money and property from a financial institution, businesses and individuals by means of material false and fraudulent pretenses, representations, and promises, by opening and attempting to open credit accounts using the means of identification of another person without their knowledge and consent in order to obtain extensions of credit.

6.     It was part of the scheme and artifice to defraud that, on or about August 7, 2011, **NICOLE STEVENSON, a/k/a Nicole Taylor, a/k/a Nicole Brown** used the name, date of birth and social security number of "TR" to apply for and open a Home Depot instant credit account. The account was closed on November 17, 2011, with a charge-off loss of $997.86.

7.     It was further part of the scheme and artifice to defraud that, on or about August 9, 2011, **NICOLE STEVENSON, a/k/a Nicole Taylor, a/k/a Nicole Brown,** used the name, date of birth and social security number of "TR" to apply for and open a Office Depot instant credit account. The account was closed on November 17, 2011, with a charge off loss of $1249.76.

8.     It was further part of the scheme and artifice to defraud that, on or about August 21, 2011, **NICOLE STEVENSON, a/k/a Nicole Taylor, a/k/a Nicole Brown,** used the name, date of birth and social security number of "TR" to apply for and open a Goodyear instant credit account. The account was closed on November 17, 2011.

### The Charge

9.     In and around August 2011, in the District of Maryland, the defendant,

**NICOLE STEVENSON,**
**a/k/a Nicole Taylor,**
**a/k/a Nicole Brown,**

did knowingly and willfully devise and intend to devise a scheme and artifice to defraud and to obtain money and property owned by, and under the custody and control of, CitiBank, a financial institution, by means of material false and fraudulent pretenses, representations, and promises, to wit: she applied for and obtained credit accounts using the name, date of birth and social security number of "TR."

18 U.S.C. §1344
18 U.S.C. § 2

8

## COUNT FOUR
### (Social Security Number Fraud)

The Grand Jury for the District of Maryland further charges:

1.      Paragraphs 1 through 8 of Count Three of the Superseding Indictment are hereby incorporated by reference as though fully set forth herein.

2.      On or about August 20, 2011, in the District of Maryland, the defendant,

### NICOLE STEVENSON,
### a/k/a Nicole Taylor,
### a/k/a Nicole Brown,

did, for the purpose of obtaining anything of value from any person, and for any other purpose, willfully, knowingly, and with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to her, when in fact such number is not the social security account number assigned to her; to wit, she used a social security account number which was assigned to "TR," to apply for and obtain a line of credit with Kay Jewelers at Towson Town Center in Towson Maryland, which she used to charge $6,180.74.

42 U.S.C. §408(a)(7)(B)
18 U.S.C. §2

9

## COUNT FIVE
### (Social Security Number Fraud)

The Grand Jury for the District of Maryland further charges:

1.      Paragraphs 1 through 8 of Count Three of the Superseding Indictment are hereby incorporated by reference as though fully set forth herein.

2.      On or about November 4, 2011, in the District of Maryland, the defendant,

**NICOLE STEVENSON,**
**a/k/a Nicole Taylor,**
**a/k/a Nicole Brown,**

did, for the purpose of obtaining anything of value from any person, and for any other purpose, willfully, knowingly, and with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to her, when in fact such number is not the social security account number assigned to her; to wit, she used a social security account number which was assigned to "TR," to apply for an apartment.

42 U.S.C. §408(a)(7)(B)
18 U.S.C. §2

10

## COUNT SIX
**(Social Security Number Fraud)**

The Grand Jury for the District of Maryland further charges:

1.      Paragraphs 1 through 8 of Count Three of the Superseding Indictment are hereby incorporated by reference as though fully set forth herein.

2.      On or about July 19, 2012, in the District of Maryland, the defendant,

**NICOLE STEVENSON,**
**a/k/a Nicole Taylor,**
**a/k/a Nicole Brown,**

did, for the purpose of obtaining anything of value from any person, and for any other purpose, willfully, knowingly, and with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to her, when in fact such number is not the social security account number assigned to her; to wit, she used a social security account number which was assigned to "TR," to apply for an apartment.

42 U.S.C. §408(a)(7)(B)
18 U.S.C. §2

11

**COUNT SEVEN**
**(Aggravated Identity Theft)**

The Grand Jury for the District of Maryland further charges:

1.     Paragraphs 1 through 8 of Count Three of the Superseding Indictment are hereby incorporated by reference as though fully set forth herein.

2.     From on or about August 7, 2011 through on or about July 19, 2012, in the District of Maryland, the defendant,

**NICOLE STEVENSON,**
**a/k/a Nicole Taylor,**
**a/k/a Nicole Brown,**

did, during and in relation to a felony violation enumerated in 18 U.S.C. §1028A(c), knowingly transfer, possess and use, without lawful authority, a means of identification of another person, knowing that the means of identification belonged to another person, to wit: the defendant used the date of birth, and social security account number and all or part of the name of "TR" during and in relation to Bank Fraud under 18 U.S.C. § 1344, as set forth in Count Three of the Superseding Indictment and Social Security Number Fraud under 42 U.S.C. §408(a)(7), as set forth in Counts Four, Five and Six of the Superseding Indictment.

18 U.S.C. §§ 1028A(a)(1), (c)(5) & (c)(11)
18 U.S.C. § 2

Rod J. Rosenstein
UNITED STATES ATTORNEY

A TRUE BILL:

SIGNATURE REDACTED SIGNATURE REDACTED

Dated: April 3, 2013